UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                                **PLAINTIFF**

**VS.**                                                          **CRIMINAL ACTION NUMBER:   3:11CR-143-JGH**

**DONTE PULLUM -01**                                                                                    **DEFENDANT**

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY IN FELONY CASE

This matter has been referred to Magistrate Judge Dave Whalin by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11.  The proceedings were recorded by Alan Wernecke, Official Court Reporter.

The Defendant, by consent, and with Brian Butler, retained counsel, appeared before me on November 20, 2012, and entered pleas of guilty as to Counts 1 and 2 of the Indictment.  The defendant also acknowledged and agreed to the terms set forth in the forfeiture notice.  The defendant entered the plea of guilty pursuant to a Rule 11 (c)(1)(C) plea agreement.  A supplemental plea agreement was also filed with the Court **under seal**.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 and 2 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses.  I therefore recommend that the pleas of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly.  The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant is **remanded** to the custody of the United States Marshal Service pending sentencing on **February 8, 2013 at 1:00 p.m.** before District Judge John G. Heyburn, II.

This 20th day of November, 2012.

Copies to:
United States Attorney
Counsel for Defendant
United States Probation

0 | 25