UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NUMBER: 3:11CR-143-JGH |
| DONTE PULLUM - 01 | DEFENDANT |

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the Defendant to Counts 1 and 2 of the Indictment are hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **FEBRUARY 8, 2013 at 1:00 p.m.** United States Courthouse, Louisville, Kentucky.

IT IS SO ORDERED THIS _____ DAY OF _____, 2012.
ENTERED BY ORDER OF COURT
JOHN G. HEYBURN II, JUDGE
UNITED STATES DISTRICT COURT
VANESSA L. ARMSTRONG, CLERK

BY: /s/ *Andrea Kash*
    Deputy Clerk

**Date: December 11, 2012**

Copies to:
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant