UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:11CR-143-H

UNITED STATES OF AMERICA           PLAINTIFF

V.

DETRICK HOUSEAL, *et al.*             DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

  The Court now considers two reports and recommendations of the Magistrate Judge concerning the legitimacy of (1) placement of GPS tracking devices and (2) two Title III wire taps. All of these matters have been expertly briefed and vigorously argued by all counsel. Defense counsel have filed objections which largely tracked these initial arguments.

  The Magistrate Judge has done a very nice job analyzing these issues, particularly those concerning the use of GPS tracking devices. After thorough review, the Court concludes that it cannot add substantially to that analysis and agrees with it.

  Being otherwise sufficiently advised,

  IT IS HEREBY ORDERED that the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation regarding the GPS tracking device rulings is ADOPTED in full and the motion of Defendants, Houseal and Wells, are each DENIED.

  IT IS FURTHER ORDERED that the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendations concerning the Title III wire taps is ADOPTED in full and those motions to suppress are DENIED.

  IT IS FURTHER ORDERED that the remaining issue of Defendant Carrillo's motion to suppress as to the GPS devices is referred to Magistrate Judge Whalin for a recommendation.

cc: Counsel of Record
    Magistrate Judge Dave Whalin