UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:11CR-143-H

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.

DETRICK HOUSEAL, *et al.*                                                   DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

Various Defendants moved to suppress certain evidence obtained from GPS tracking devices. The Court referred the matter to the Magistrate Judge who produced a lengthy and comprehensive Findings of Fact, Conclusions of Law and Recommendations.

The Magistrate Judge recommended that the motions of Defendants Houseal and Wells to suppress evidence obtained from GPS tracking devices be denied in their entirety and that the motion of Defendant Carrillo be denied as to the Pontiac G8, the Hummer H2 and the Buick Regal. After objections were filed, the Court adopted the recommendations of the Magistrate Judge. The Magistrate Judge allowed further briefing on the issue of the warrantless attachment of a GPS device to a Chevrolet Impala. After subsequent briefing on January 23, 2014, the Magistrate Judge issued another Findings of Fact, Conclusions of Law and Recommendation that the motion to suppress by Defendant Carrillo is denied as moot. No objections were filed.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Findings of Fact, Conclusions of Law and Recommendation of Magistrate Judge Dave Whalin are ADOPTED and Defendants' motions to suppress evidence are DENIED AS MOOT.

cc: Counsel of Record
    Magistrate Judge Dave Whalin