UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:11-CR-143-H
CIVIL ACTION NO. 3:13-CV-1221-H

UNITED STATES OF AMERICA                                           PLAINTIFF

v.

DONTE PULLUM                                                       DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Petitioner and Defendant, Donte Pullum, has filed this motion for relief pursuant to 28 U.S.C. § 2255 based on the claim that his trial attorney rendered ineffective assistance of counsel by failing to pursue a motion to suppress evidence pertained through a warrantless attachment of a hidden G.P.S. device to Pullum's automobile. The Court has referred the motion to the Magistrate Judge who issued a report and recommendation that Petitioner's motion to vacate and set aside the sentence be dismissed with prejudice and that he be denied his certificate of applicability. Pullum has objected to the Magistrate Judge's findings.

The Court has reviewed the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation and finds that they are all reasonable. Moreover, the Court agrees that Pullum's § 2255 motion to vacate or set aside should be dismissed for the reasons set forth in the Magistrate Judge's recommendation.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Findings of Fact, Conclusions of Law and Recommendations of the Magistrate Judge are adopted; the motion of the United States to dismiss is SUSTAINED and Petitioner's motion to vacate, set aside or correct his sentence is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Pullum is DENIED a certificate of appealability.

This is a final order.

cc: Counsel of Record